1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10

**MALIBU MEDIA, LLC**,                                    1:15-cv-01943-AWI-SKO

11

          Plaintiff,                          **ORDER RELATING AND**

12

v.                                                                        **REASSIGNING CASES**

13

**JOHN DOE SUBSCRIBER**
**ASSIGNED IP ADDRESS**

14

**98.255.92.230**,

15

          Defendant.

16

_____/

17
18
19
20
21
22
23
24
25
26
27
28

      A review of the above-captioned action reveals that it is related under Eastern District Local Rule 123 to the actions entitled *Malibu Media, LLC v. John Doe subscriber assigned IP address 108.199.101.244*, case no. 15-cv-1944-LJO-EPG; *Malibu Media, LLC v. John Doe subscriber assigned IP address 108.239.233.53*, case no. 15-cv-1945-BAM; *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 108.248.129.131*, case no. 15-cv-1946-SKO; *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 98.242.59.228*, case no. 15-cv-1947-EPG; *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 172.9.210.109*, case no. 15-cv-1950-SKO; *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 67.182.3.152*, case no. 15-cv-1952-SAB; *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 71.195.106.128*, case no. 15-cv-1953-LJO-SKO; and *Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 98.252.113.155*, case no. 15-cv-

1954-DAD-BAM. Local Rules provide that when a "Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself." Local Rule 123(c). All of those cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.  See Local Rule 123(a)(3). Because the undersigned is assigned the lowest numbered related case, all of the above listed cases will be reassigned to the dockets of Senior District Judge Anthony Ishii and referred to Magistrate Judge Sheila K. Oberto.

Under the Local Rules, counsel for Malibu Media was required to file a Notice of Related Cases. See Local Rule 123(b). Counsel failed to do so. Although failure to comply with the Local Rules is grounds for sanction, see Local Rule 110, in this instance it is sufficient to caution counsel that future filing of related new case documents without giving notice of relation may result in sanction.

Accordingly, IT IS HEREBY ORDERED that:

1. Case numbers 15-cv-1944-LJO-EPG, 15-cv-1945-BAM, 15-cv-1946-SKO, 15-cv-1947-EPG, 15-cv-1950-SKO, 15-cv-1952-SAB, 15-cv-1953-LJO-SKO, and 15-cv-1954-DAD-BAM are REASSIGNED from their respective dockets to the docket of Senior District Judge Anthony W. Ishii and REFERRED to Magistrate Judge Sheila K. Oberto;

2. The case number in this matter, which plaintiff shall use to relate all future related filings, is: 1:15-cv-01943-AWI-SKO.

IT IS SO ORDERED.

Dated:   January 6, 2016                            _____

                                                   SENIOR  DISTRICT  JUDGE